# Hester *v.* The State.

### Crime.

(Decided December 19, 1916.   73 South. 757.)

**Appeal and Error; Review; Instructions.**—In the absence of a bill of exceptions and the oral charge of the court, the appellant court will not review charges refused to defendant, although they are set out in the record.

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.

Jim Hester was convicted of crime and he appeals. Affirmed.

No counsel marked for appellant.   W. L. MARTIN, Attorney General.

EVANS, J.—This appeal is on the record proper without a bill of exceptions. The written charges, given and refused, are set out in the transcript as provided by statute (Acts 1915, p. 815), but not the mero motu charge of the court.

It has been repeatedly held that this court cannot review the charges refused to appellant in the absence of a bill of exceptions and the oral charge of the court.—*Mitchell's Case,* 14 Ala. App. 104, 71 South. 982; *Clay's Case,* 14 Ala. App. 664, 71 South. 982; *Clark's Case,* 14 Ala. 633, 72 South. 291; *Dorough's Case,* 14 Ala. App. 110, 72 South. 208.

Examination of the record shows the judgment entry and the proceedings had in support thereof to be in all things regular, and the judgment below is accordingly, affirmed.

Affirmed.